STATE OF CONNECTICUT *v.* GEORGE I. WATERMAN

The petition by the defendant for a writ of coram nobis concerning his right to appeal from the Superior Court in Hartford County is denied.

*George I. Waterman,* pro se, on the petition.

Submitted December 19, 1969—decided January 6, 1970

DONALD WOODSTOCK *v.* HARTFORD FAIENCE COMPANY

The motion by the plaintiff to restore the case to the docket or to have this court clarify its instructions concerning a new trial in the Superior Court in Hartford County is denied.

*William F. Gallagher,* on the motion.

Submitted December 24, 1969—decided January 6, 1970

ROBERT J. KLINE *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY ET AL.

The motion by the plaintiff to have this court order the trial court to make a finding in the appeal from the Superior Court in New Haven County is denied.

*Robert J. Frechette,* on the motion.

Submitted December 9, 1969—decided January 15, 1970